# United States District Court
# For The Western District of North Carolina
# Statesville Division

KIMBERLY D. WAUGH,

        Plaintiff(s),                       JUDGMENT IN A CIVIL CASE

vs.                                             CASE NO. 5:11CV85

MICHAEL J. ASTRUE,

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 20, 2012, Order.

                                            Signed: March 20, 2012

                                            Frank G. Johns, Clerk
                                            United States District Court